

**MID-MINNESOTA LEGAL AID**
**MINNEAPOLIS OFFICE**
Jeffer Ali ▪ 612-746-3622 ▪ jali@mylegalaid.org

November 30, 2018

The Honorable Nancy E. Brasel
United States District Court
348 Federal Building
316 North Robert Street
St. Paul, MN  55101

**RE:**   *Colquitt v. Dominium Management Services*
         **Case No.18-cv-03038 (NEB/DTS)**

Dear Judge Brasel:

The parties are actively negotiating a settlement of this case.  We request that the Court defer issuing a decision on the pending motion until further notice from the parties.

We were advised by chambers to file this letter by ECF, and thus, we are doing so.

We thank the Court for its consideration.

Very truly yours,


/s/ Jeffer Ali                                        /s/ Christopher Kalla
Mid-Minnesota Legal Aid                               Hanbery & Turner
430 First Avenue North, Suite 300                     33 South Sixth Street, Suite 4160
Minneapolis, MN 55401                                 Minneapolis, MN 55402
Telephone/Facsimile: (612) 746-3622                   Telephone: 612-340-9855
jali@mylegalaid.org